UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Amy Knapp,

        Plaintiff,

v.

Kilolo Kijakazi,

        Defendant.
_____/

Case No. 22-cv-10063

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S JANUARY 13, 2023 REPORT AND RECOMMENDATION (ECF No. 19)

On January 13, 2023, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF No. 13), grant Defendant's Motion for Summary Judgment (ECF No. 16), and affirm the ALJ's decision under sentence four of 42 U.S.C. § 405(g). (ECF No. 19.)

Having reviewed the R&R, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the R&R in full. Accordingly, Plaintiff's Motion for Summary Judgment is **DENIED**, Defendant's

Motion for Summary Judgment is **GRANTED**, and the ALJ's decision is **AFFIRMED**.

    **IT IS SO ORDERED.**

                                              s/Paul D. Borman  
                                              Paul D. Borman  
                                              United States District Judge

Dated: February 2, 2023